UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FRED ALLAN MADDEN, )
)
    Petitioner )
)
v. )
) Case No. 4:10-cv-00807-JFG-HGD
ETOWAH COUNTY COURTHOUSE )
and THE ATTORNEY GENERAL OF )
THE STATE OF ALABAMA, )
)
    Respondents )

## MEMORANDUM OPINION

On June 17, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE and ORDERED 5 August 2010.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.